UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ HOWARD, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RANUM, et al.,<br><br>　　　　　　Defendants. | Case No. 2:16-CV-02400 JAM-DB<br><br><br><br><br>**RELATED CASE ORDER** |
| SEMAJ HOWARD, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RANUM, et al.,<br><br>　　　　　　Defendants. | Case No. 2:17-CV-01807 TLN-DB |

　　　Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

　　　The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are

1 | assigned to the same judge and magistrate judge; no consolidation
2 | of the actions is effected.  Under the regular practice of this
3 | court, related cases are generally assigned to the judge and
4 | magistrate judge to whom the first filed action was assigned.
5 |     IT IS THEREFORE ORDERED that the action denominated
6 | 2:17-CV-01807 TLN-DB be reassigned to Judge John A. Mendez and
7 | Magistrate Judge Deborah Barnes for all further proceedings, and
8 | any dates currently set in the reassigned case **only** are hereby
9 | VACATED.  Henceforth, the caption on documents filed in the
10 | reassigned case shall be shown as 2:17-CV-01807 JAM-DB.
11 |     IT IS FURTHER ORDERED that the Clerk of the Court make
12 | appropriate adjustment in the assignment of civil cases to
13 | compensate for this reassignment.
14 |     IT IS SO ORDERED.
15 | Dated:  September 1, 2017

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge