LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
NICOLE M. CAHILL, CSB No. 287165
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: (916) 974-8500 Fax: (916) 974-8510

Attorneys for Defendants, County of Sacramento,
Robert Padilla and Stella Nze

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ HOWARD,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, ROBERT PADILLA, as an individual, STELLA NZE, as an individual, DOES 1-75,<br><br>    Defendants. | CASE NO. 2:16-CV-02400-JAM-DB<br><br>**ORDER RE STIPULATION OF DISMISSAL OF PLAINTIFF'S FOURTH AND FIFTH CLAIMS AND DISMISSAL OF DEFENDANTS PADILLA AND NZE** |

## [PROPOSED] ORDER

Based on the concurrently filed Stipulation of the parties and good cause appearing, it is hereby ordered that:

    1. Plaintiff's Fourth and Fifth claims are hereby deemed abandoned;

    2. Defendants Robert Padilla and Stella Nze are hereby dismissed from Action No. 2:16-cv-02400-JAM-DB, Semaj Howard v. County of Sacramento, et al.

Dated: December 27, 2017            /s/ John A. Mendez
                                                     HONORABLE JOHN A. MENDEZ
                                                     JUDGE OF THE U.S. DISTRICT COURT
                                                     EASTERN DISTRICT OF CALIFORNIA